THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATALIE HEATH, aka HAZEL/PEPPER, an individual, | § § § | Case No.: 1:20-cv-00119 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| vs. | § § | |
| TFS DINING, LLC D/B/A YELLOW ROSE, AND RPM DINING; JON PERSINGER AND KENNY DOE, inclusive | § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Natalie Heath hereby voluntarily dismisses the claims against TFS Dining, LLC d/b/a Yellow Rose, and RPM Dining, Jon Persinger and Kenny Doe (Defendants) without prejudice.  The Defendants in this matter have not served an Answer or a Motion for Summary Judgment in this matter.

Plaintiff, Natalie Heath is aware of an arbitration provision that may be applicable to her claims in this case.  Plaintiff, Natalie Heath has agreed with Defendants to pursue her claims in arbitration in exchange for Defendants covering all costs and fees for same.

[SIGNATURE BLOCKS ON NEXT PAGE]

| | |
|---|---|
| Dated: February 12, 2020 | */s/ Jarrett L. Ellzey*<br>Jarrett L. Ellzey<br>Texas Bar No. 24040864<br>W. Craft Hughes<br>Texas Bar No. 24046123<br>Leigh Montgomery<br>Texas Bar No. 24052214<br>**HUGHES ELLZEY, LLP**<br>1105 Milford Street<br>Houston, Texas 77066<br>Telephone: (713) 554-2377<br>Fax: (888) 995-3335<br>jarrett@hughesellzey.com<br>craft@hughesellzey.com<br>leigh@hughesellzey.com<br><br>John P. Kristensen<br>California Bar No. 224132<br>**KRISTENSEN LLP**<br>12540 Beatrice Street,<br>Suite 200<br>Los Angeles, California 90066<br>Telephone:  (310) 507-7924<br>Fax: (310) 507-7906<br>john@kristensenlaw.com<br>(*Pro Hac Vice* forthcoming)<br><br>***ATTORNEYS FOR PLAINTIFF*** |