IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATALIE HEALTH, AKA HAZEL/PEPPER, AND INDIVIDUAL,<br>            PLAINTIFF,<br><br>V.<br><br>TFS DINING, LLC D/B/A YELLOW ROSE, AND RPM DINING; JON PERSINGER AND KENNY DOE, INCLUSIVE,<br>            DEFENDANTS. | CAUSE NO. 1:20-CV-119-LY |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. Plaintiff's Notice of Voluntary Dismissal without prejudice (Doc. #6) pursuant to Federal Rule of Procedure 41(a)(1)(A)(I) was filed February 12, 2020.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _18th_ day of February, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE